Case 1:15-cr-00153-SEB-TAB   Document 344   Filed 11/25/24   Page 1 of 1 PageID #: 1567

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America )
v. )
Aaron Garrett )      Case No: 1:15CR00153-002
)      USM No: 12832-028
Date of Original Judgment: 03/03/2017 )
Date of Previous Amended Judgment: )      Jacob Leon
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  192 months  months **is reduced to**  170 months*  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*110 months as to Count 1, and a consecutive term of 60 months on Count 3, for a total of 170 months.

Except as otherwise provided, all provisions of the judgment dated  03/03/2017  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/25/2024

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*